FILED
SEP 09 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON

MAGISTRATE JUDGE MICHAEL F IASPAHRO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| UNITED STATES OF AMERICA | No. 25 CR 50049 |
|---|---|
| v. | Violations: Title 18, United States Code, Sections 2252A(a)(1), 2252A(a)(2)(A), and 2252A(a)(5)(B) and (b)(2) |
| ALEX REINHARD LEDOUX | |

## COUNT ONE

The SPECIAL JULY 2025 GRAND JURY charges:

On or about January 15, 2023, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

ALEX REINHARD LEDOUX,

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video file entitled "5ffa6fdf-8717-446e-9d72-e1154fed3a18.mp4," a video file entitled "74a86106-73da-45bd-b714-9373e01f4f7e.mp4," and a video file entitled "d70f5d72-0412-4b42-8ce9-df22f5f7b513.mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT TWO

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about May 11, 2023, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### ALEX REINHARD LEDOUX,

defendant herein, did knowingly transport and cause to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video file entitled "5c3f6b9a-6bc9-4d8e-8c99-0dc24f497850.mp4," and a video file entitled "b7c1c5cd-30b9-434f-81ba-fa11789f01c0.mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(1).

## COUNT THREE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about August 13, 2023, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

ALEX REINHARD LEDOUX,

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video file entitled "fc10c725-445d-4c0b-8657-57ff76cedeff.mp4," a video file entitled "59442429-7bc2-414b-bad0-f6e94313c4c7.mp4," and a video file entitled "b9c299fe-b6d0-4dcf-b6a7-6c4ddb1496b6.mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT FOUR

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about March 21, 2024, at Rockford, in the Northern District of Illinois, Western Division,

ALEX REINHARD LEDOUX,

defendant herein, did knowingly possess material, namely a Motorola Moto G5 Plus bearing serial number ZY2245C9LS and a Motorola Moto G5 Plus bearing serial number ZY223ZSVZH, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any property used and intended to be used to commit and promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property: a Motorola Moto G5 Plus bearing serial number ZY2245C9LS and a Motorola Moto G5 Plus bearing serial number ZY223ZSVZH.

A TRUE BILL:

FOREPERSON

Andrew S. Borotros by Janice Marens
UNITED STATES ATTORNEY

5